# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IRONWORKS PATENTS, LLC

v.

COOLPAD TECHNOLOGIES INC.,

Defendant.

Case No. 4:19-cv-00527

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

On December 19, 2019, Plaintiff Ironworks Patents, LLC and Defendant Coolpad Technologies Inc., notified the Court that the Parties have reached an agreement in principle that will resolve all matters between them and moved for a stay of all unreached deadlines for thirty days so that appropriate dismissal papers may be submitted.  Dkt. No. 19.

On December 30, 2019, the Court granted the motion to stay until January 29, 2020.  Dkt. No. 20.

The parties have exchanged drafts of the settlement agreement and are close to finalizing it.  However, the Chinese New Year begins on January 24 and extends through February 2, 2020, which will make it impossible for the agreement to be finalized before the stay expires on January 29.  The recent breakout of coronavirus in China has also caused uncertainty since Coolpad may have to extend the holiday break or put decision makers in isolation as requested by different levels of medical authorities and governments. The parties therefore seek a joint extension of the stay until March 2, 2020.

Dated: January 27, 2020

Respectfully submitted,


<u>/s/ Alison Aubry Richards</u>
Alison Aubry Richards
IL Bar # 6285669 (*also admitted in WD Texas*)
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500
arichards@giplg.com

*Attorney for Plaintiff Ironworks Patents, LLC*